IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JOSE QUEVEDO,<br>　　　　　　Defendant. | 8:21-CR-115<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　　　This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture (Filing 37). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.　　On October 20, 2021, the magistrate court held a change of plea hearing whereby the defendant, Jose Quevedo, agreed to waive indictment by a grand jury, enter a plea of guilty to an Information, and admit to the Forfeiture Allegation. Filing 28; Filing 38.

2.　　Count One of the Information charged defendant with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1). Filing 28. The Forfeiture Allegation alleged that $13,261 United States currency was subject to forfeiture pursuant to 21 U.S.C. § 853.

3.　　As a result of this plea and Defendant's admissions during the change of plea hearing, Defendant's interest in the currency is forfeited to the United States.

4.　　The United States is entitled to possession of the currency. 21 U.S.C. § 853.

5.　　The Motion for Preliminary Order of Forfeiture should be granted.

Accordingly, IT IS ORDERED:

　　　　A. The Motion for Preliminary Order of Forfeiture, Filing 37, is hereby granted;

　　　　B. Defendant's interest in the currency is hereby forfeited to the United States, pursuant to 21 U.S.C. § 853(n)(1);

C. The United States is hereby authorized to seize the currency;

D. The United States shall hold the currency in its secure custody and control;

E. Pursuant to 21 U.S.C. §853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency;

F. Pursuant to 21 U.S.C. § 853(n)(2), notice shall provide that any person, other than defendant, having or claiming a legal interest in the subject property must file a petition with this Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier;

G. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the subject property and any additional facts supporting the petitioner's claim and the relief sought; and

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture addressing all interests.

Dated this 18th day of November, 2021.

                                           BY THE COURT:

                                           Brian C. Buescher
                                           United States District Judge