IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE QUEVEDO,<br><br>Defendant. | 8:21-CR-115<br><br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture, Filing 45. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On November 18, 2021, the Court entered a Preliminary Order of Forfeiture forfeiting defendant's interest in $13,261.00 U.S. currency. Filing 40.

2. On January 24, 2022, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject Property. Filing 44.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture, Filing 45, should be granted.

IT IS THEREFORE ORDERED:

    A.   The Motion for Final Order of Forfeiture, Filing 45, is granted;

1

    B.  All right, title, and interest in and to the Property held by any person or entity is hereby forever barred and foreclosed;

    C.  The Property is hereby forfeited to the United States of America;

    D.  The United States is directed to forfeit the Property in accordance with law.

Dated this 2nd day of February, 2022.

                      BY THE COURT:

                        _____
                      Brian C. Buescher
                      United States District Judge